■ AARON J. BRODER et al., Respondents, v ROBERT RITCH, M.D., et al., Appellants, et al., Defendants. JONATHAN C. REITER, Nonparty Respondent. [995 NYS2d 500]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Alice Schlesinger, J.), entered on or about November 8, 2013, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated October 15, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Renwick, J.P., Manzanet-Daniels, Feinman and Kapnick, JJ.

■ In the Matter of ROBERT ADRIAN, Petitioner, v BRUCE ALLEN, Respondent. [995 NYS2d 501]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Renwick, Manzanet-Daniels, Feinman and Kapnick, JJ.